# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 29, 2011

No. 11-20214
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ALBERTO MUNOZ VILLALON, also known as Jose A. Munoz, also known as Jose Alberto Munoz, also known as Jose Alberton Munoz-Villalon, also known as Jose Munoz, also known as Jose Abberto Munoz Villalon,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-719-1

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.
PER CURIAM:[*]

The attorney appointed to represent Jose Alberto Munoz Villalon (Munoz) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Munoz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Munoz's response.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-20214

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.